**Dismiss and Opinion Filed July 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00808-CR

**DONALD RAY MCCRAY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F87-82980-S

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Bridges

Donald Ray McCray was convicted of murder and assessed a thirty-five year sentence in 1992. This Court affirmed his conviction on direct appeal. *McCray v. State*, 861 S.W.2d 40 (Tex. App.—Dallas 1993, no pet.). The Court now has before it appellant's July 16, 2018 "Request for Permission to Appeal." Appellant does not reference any new appealable order but asks to appeal his conviction.

An appellate court has jurisdiction to determine an appeal only if the appeal is authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). When the appellate court's jurisdiction is not legally invoked, the court's power to act is as absent as if it did not exist. *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996). Appellate courts may consider criminal appeals only after conviction or the entry of a narrow set of appealable interlocutory

orders. TEX. R. APP. P. 26.2(a)(1); *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.).

Here, appellant seeks to appeal his original 1992 conviction. Because we have already considered his direct appeal and there are no new appealable orders, we conclude we lack jurisdiction over this appeal.

We dismiss this appeal for want of jurisdiction.


    /David L. Bridges/
    DAVID L. BRIDGES
    JUSTICE


Do Not Publish
TEX. R. APP. P. 47.2(b)
180808F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DONALD RAY MCCRAY, Appellant

No. 05-18-00808-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F87-82980-S.
Opinion delivered by Justice Bridges, Justices Brown and Boatright participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered July 26, 2018.